IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES WIEBELHAUS, and SHARON WIEBELHAUS, | 8:15CV291 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER TO SHOW CAUSE |
| BIOMET, INC., and BIOMET ORTHOPEDICS, LLC, | |
| Defendants. | |

The records of the Court show that on January 10, 2019, letters (Filing Nos. 161-166) were sent to the following attorneys from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case management/Electronic Case Filing System ("System"):

Adrienne F. Busby
FAEGRE, BAKER LAW FIRM - INDIANAPOLIS
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1750

J. Joseph Tanner
FAEGRE, BAKER LAW FIRM - INDIANAPOLIS
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1750

Andrew L. Campbell
FAEGRE, BAKER LAW FIRM - INDIANAPOLIS
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1750

Stephanie N. Russo
FAEGRE, BAKER LAW FIRM - INDIANAPOLIS
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1750

Erin L. Hanig
LADUE, CURRAN LAW FIRM
100 East Wayne Street
Suite 300
South Bend, IN 46601

John D. LaDue
LADUE, CURRAN LAW FIRM
100 East Wayne Street
Suite 300
South Bend, IN 46601

None of the above attorneys have complied with the letters from the Clerk of Court. Accordingly,

**IT IS ORDERED** that on or before **February 15, 2019**, each of the attorneys listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show

cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in the attorney being removed as counsel of record.

Dated this 31st day of January, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge