## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WIEBELHAUS, and SHARON WIEBELHAUS, | 8:15CV291 |
| Plaintiffs, | |
| vs. | ORDER |
| BIOMET, INC., and BIOMET ORTHOPEDICS, LLC, | |
| Defendants. | |

Adrienne F. Busby, Andrew L. Campbell, Erin L. Hanig, J. Joseph Tanner, John D. LaDue, and Stephanie N. Russo are listed as counsel of record for Defendants. Court records show the Office of the Clerk of Court sent notices on January 10, 2019, (Filing Nos. 161-166), to the above-named attorneys directing them to obtain admittance to practice in this district and register for the Case management/Electronic Case Filing System, as required by NEGenR 1.7(d) or (f), and NEGenR 1.3 (a) and (b)(1), within fifteen days. As of the close of business on January 30, 2019, these attorneys had not complied with the request set forth in the notices from the Clerk of Court. On January 31, 2019, the Court directed these attorneys to either comply with the requests or show cause why they could not comply with the rules of the Court by February 15, 2019. (Filing No. 168). The above-named counsel did not respond to the Court's order or comply with the notices from the Clerk of Court. Accordingly,

**IT IS ORDERED:**

Adrienne F. Busby, Andrew L. Campbell, Erin L. Hanig, J. Joseph Tanner, John D. LaDue, and Stephanie N. Russo are stricken as attorneys of record for Defendants. Said attorneys may apply to be readmitted as an attorney of record only after registering for admission to practice in this court and registering for the system as required by NEGenR 1.7(d) or (f) and NEGenR 1.3 (a) and (b)(1).

Dated this 19th day of February, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge