# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WIEBELHAUS, and SHARON WIEBELHAUS, <br><br> Plaintiffs, <br><br> vs. <br><br> BIOMET, INC., and BIOMET ORTHOPEDICS, LLC, <br><br> Defendants. | 8:15CV291 <br><br> **ORDER** |

This matter is before the Court following a telephonic status conference held with counsel for the parties on March 5, 2019. In accordance with the matters discussed during the conference,

**IT IS ORDERED** that this case is stayed through July 12, 2019. On or before that date, the parties shall notify the undersigned magistrate judge if this case has been successfully mediated. In the event the parties do not settle this case by July 12, 2019, they shall email a joint proposed case progression schedule to the undersigned magistrate judge at nelson@ned.uscourts.gov.

Dated this 5th day of March, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge